**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1795**

_____

KEOLATTANA TOOTOO SAPHILOM,

Plaintiff - Appellant,

v.

NEWREZ LLC; SHELLPOINT MORTGAGE SERVICES,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, Senior District Judge. (3:24-cv-00008-NKM-JCH)

_____

Submitted: October 1, 2024                    Decided: October 15, 2024

_____

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Keolattana Tootoo Saphilom, Appellant Pro Se. Andrew Justin Narod, BRADLEY ARANT BOULT CUMMINGS LLP, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keolattana Tootoo Saphilom appeals the district court's order granting Defendants' motion to dismiss Saphilom's petition for a permanent injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Saphilom v. NewRez LLC*, No. 3:24-cv-00008-NKM-JCH (W.D. Va. June 28, 2024). We further deny Saphilom's motion for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*